UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW LEE KEALEY, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:17-cv-01774-VBF-JDE <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed.

Dated: October 17, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge